**Erma S. MCKINNEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70768.**

Missouri Court of Appeals,
Western District.

April 27, 2010.

Mark A. Grothoff, for Appellant.

Daniel McPherson, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

***ORDER***

PER CURIAM:

Erma McKinney appeals from the denial of her Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An